IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 22-cv-00102-GPG-TPO

CRAIG FAULHABER,

    Plaintiff,

v.

PETZL AMERICA, INC. D/B/A PETZL,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 145] Order entered by Judge Gordon P. Gallagher on March 21, 2025, it is

ORDERED that the Defendant's Motion for Summary Judgment [D. 118] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of Petzl America, Inc. and against Craig Faulhaber. It is

FURTHER ORDERED that this case will be closed.

Dated at Grand Junction, Colorado this 24th day of March, 2025.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:   s/N. Richards
                                    N. Richards
                                    Deputy Clerk